Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax:  (408) 296-0486
Email:  ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| LANCE GITTIN, on behalf of himself and all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> U.S. CREDIT AGENCY, INC., </br></br> Defendant. | ) </br> ) </br> ) Civil Action No. 09-05844 JF </br> ) </br> ) **STIPULATION TO MEDIATE** </br> ) **and [Proposed] ORDER** </br> ) </br> ) </br> ) </br> ) </br> ) |

The parties hereby stipulate to mediate this matter through Northern District of California Alternative Dispute Resolution Unit.

Dated: March 29, 2010            /s/Ronald Wilcox_____
                                 Ronald Wilcox, Counsel for Plaintiff

                                 /s/David Kaminski
Dated: April 6, 2010             _____

                                 David Kaminski, Counsel for Defendant

- 1 -

# [Proposed] ORDER

The stipulation of the parties is hereby adopted.  The parties shall mediate this matter through the Court's Alternative Dispute Resolution Unit, within 90-days from the date of this Order.

**IT IS SO ORDERED.**

Date: 4/7/10

_____
HON. JEREMY FOGEL
U.S. DISTRICT COURT JUDGE