Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax:(408) 296-0486
Email: ronaldwilcox@post.harvard.edu

**ATTORNEYS FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| LANCE GITTIN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES CREDIT AGENCY, INC.,<br><br>    Defendant. | Civil Action No. 09-cv-05844-JF<br><br>JOINT REQUEST TO MEDIATE, CONTINUE APRIL 23, 2010 CASE MANAGEMENT CONFERENCE and [Proposed] ORDER |

The parties hereby consent to mediate this matter through Northern District of California Alternative Dispute Resolution Unit.

The parties respectfully request the Court continue the April 23, 2010 Case Management Conference approximately 90-days to provide the parties an opportunity to attempt to resolve the matter. The Parties will conduct discovery in accordance with the F.R.C.P., and will serve initial disclosure by April 23, 2010.

DATED: April 15, 2010                                By   /s/ Ronald Wilcox
                                                                                                 Ronald Wilcox, Counsel for Plaintiff

DATED: April 15, 2010                                By   /s/ David J. Kaminski
                                                                                                 David Kaminski, Counsel for Defendant

**[PROPOSED] ORDER**

The stipulation of the Parties is hereby adopted. The parties shall mediate this matter through the Court's Alternative Dispute Resolution Unit, with 90-days form the date of this Order. The case management conference is continued to July 30, 2010 at 10:30 a.m.

**IT IS SO ORDERED.**

Date: 4/16/10

_____
HON. JEREMY FOGEL
U.S. DISTRICT COURT JUDGE