**E-Filed 7/15/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE GITTIN, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES CREDIT AGENCY, INC.,<br><br>Defendants. | CASE NO. 09-cv-05844-JF<br><br>[PROPOSED] AN ORDER APPROVING WITHDRAWAL OF COUNSEL FOR DEFENDANT, UNITED STATES CREDIT AGENCY, INC.<br><br>Judge:     Jeremy Fogel<br>Courtroom:   3<br><br>Filing Date:   December 14, 2009 |

Having reviewed and considered the Stipulation between Defendant, UNITED STATES CREDIT AGENCY, INC. ("USCA") and its counsel, CARLSON & MESSER LLP, the request for CARLSON & MESSER LLP to withdraw as counsel of record for USCA is hereby GRANTED. The Court further orders as follows:

1. All parties are ordered to serve defendant USCA through Donell Wilson, President, at 29995 Technology Drive, No. 302, Murrieta, California 92563; (951) 973-7773.

2. Defendant USCA is ordered to retain local California counsel within thirty (30) days of the date of this Order. Failure to retain local California counsel may result in the striking of defendant USCA's Answer.

/ / /

1       3.    CARLSON & MESSER LLP is ordered to give notice of the Court's Ruling.

2  IT IS SO ORDERED:

4  DATED: July 15, 2010

_____
The Honorable Jeremy Fogel
Judge of the U.S. District Court for the Northern
District of California

[PROPOSED] ORDER TO
ALLOW CARLSON & MESSER
TO WITHDRAW AS COUNSEL

06172.00/165825-1.wpd