Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax:  (408) 296-0486
Email:  ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| LANCE GITTIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CREDIT AGENCY, INC.,<br><br>Defendant. | ) STIPULATION TO DISMISS<br>) and [Proposed] ORDER<br>)<br>)<br>)<br>) Civil Action No.:   09-05844 LHK<br>)<br>)<br>)<br>) |

The parties have reached a resolution and respectfully request the Court dismiss this matter.

Dated:  8-16-10

_____
Ronald Wilcox, Counsel for Plaintiff

Dated:  8-10-10

_____
Donnell Wilson, President
U.S. Credit Agency

### [PROPOSED] ORDER

Pursuant to the stipulation entered into by the parties this matter is hereby dismissed; all matters are hereby off calendar.

Date: August 18, 2010

_____
HON. LUCY KOH
U.S. DISTRICT JUDGE

STIPULATION TO DISMISS and [Proposed] ORDER - 1